**Order entered December 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01443-CV

### ALAN BARON, Appellant

### V.

### H. JOSEPH ACOSTA, AND ACOSTA & ASSOCIATES, P.C., Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-08404**

## ORDER

The clerk's record in this case is overdue. By postcard dated November 18, 2014, we notified the Dallas County District Clerk that the clerk's record was overdue and directed the Dallas County District Clerk to file the clerk's record within ten days. To date, the clerk's record has not been filed and we have not received any correspondence from the Dallas County District Clerk's office regarding the status of the clerk's record.

Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's record or written verification that appellant has not been found indigent and has not paid for the record within **TEN DAYS** of the date of this order. *We notify appellant that if we receive verification appellant is not indigent and has not paid for the record, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk and to all parties.

/s/      CRAIG STODDART
JUSTICE